United States District Court
For The
Middle District of Florida

Michael Anthony LoRusso,
    Plaintiff,
vs
Pinellas County Deputy,
  Bruce Johnson,
    Defendant,

Case No: Pending

8:22cv 2108 MSS–JSS

## Petition To Abolish Qualified Immunity

As a pending trial of The Hillsborough County Sheriff's Department of the death of a 14 year old black teenager. As the Court clearly knows that Defendant can violate the law arrest innocent people kill people and won't be prosecuted.

## Defendant Bruce Johnson

1. Defendant is the Derek Chauvin of Pinellas County. Defendant does not believe in arrest warrants! Defendant and facts are stubborn. Plaintiff was arrested three times in a year all without an arrest warrant.

2. On May 11th, 2019: Defendant was actively searching for Plaintiff. Again, in law enforcement is you don't actively search anybody without an arrest warrant. So, right there Bruce Johnson was violating policy of The Pinellas County Sheriff's Department. Deputy Bruce Johnson is so poorly trained and dangerous that he went to Kim Crowden's home at 4:17 am looking for Plaintiff.

-1-

Again, activity looking without a arrest warrant. This is right out of 1930's Germany gestapo tactics. America fought for our freedom and the Bill of Rights to protect over reach of police like this. Now, Bruce Johnson going to somebody's home looking for someone who don't live there. As noted Bruce Johnson's own testimony on April 14th, 2021 clearly stated that I was not there.

Again, what was the purpose of even going to Kim Crowden's home? Bruce Johnson's own words in the record " That I was not allowed in" Plaintiff was his own attorney "Because Deputy Johnson you did not a warrant" Deputy Bruce Johnson's direct answer was "Correct".

Now, Deputy Bruce Johnson own words on the probable cause affidavit that Plaintiff has been filing injunctions for protection, lawsuits, and small claim cases against the Victim Justin Crowder. These are the probable cause for the arrest and deny of liberty in criminal case 19-05991 CF. This is the probable cause of a criminal charge of Aggravated Stalking. See PCSO-192946 all clearly documented.

These actions that Deputy Bruce Johnson are all Constitutional protected activities. So, Pinellas County Under Sheriff Bob Gualtieri are arresting law abiding, tax payers for exercising their Constitutional rights.   -2-

Bruce Johnson's own words says that. So, just like in The Spanish Inquisition the police can just round up people thrown them in jail for breaking no law. This is where Qualified Immunity needs to abolish police like Bruce Johnson know nothing will happen to them.

Arresting innocent people without an arrest warrant bypasses the Judicial approval without this the Police can arrest anybody on a whim or caprice. That is exactly what Bruce Johnson did.

### Continued Harassment

1. Deputy while Plaintiff was in jail charged him with Extortion the same victim the infamous Justin Crowder. The extortion felony charge was later no- prosecution by the State Attorney's office. Deputy Bruce Johnson has the highest rate of arrests lacking conviction in Pinellas County.

2. The Aggravated stalking criminal case 19-05991 CF was later amended to a misdemeanor. Plaintiff is the only Aggravated Stalking in 27 years 13 Circuits and 67 Counties to be amended to a misdemeanor. All involving Deputy Bruce Johnson

3. Criminal case 20-04126CF again Plaintiff was arrested by Deputy Bruce Johnson again without an arrest warrant.

-3-

This time that Deputy Bruce Johnson arrested Plaintiff on a "Non-Criminal" offense. Another Deputy Berrouth viewed a conversation that Plaintiff called in a "Welfare check" on Justin Crowdser. This again is Constitutionally protected and again Deputy Bruce Johnson arrested Plaintiff three times in less then a year all without a arrest warrant. This is 100% why Qualified Immunity needs to be abolished by out of control poorly trained Deputies like Bruce Johnson.

This Petition To Abolish Qualified Immunity comes in good faith

Respectfully,

X ~~~~~~~~

Michael Corusso
10 800 Evans Road
# 345454
Polk C.I.
Polk City, Florida
33868